UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CURT LOWDER,

               Plaintiff,

               v.                      CAUSE NO.: 3:19-CV-551-RLM-MGG

WARDEN NEAL, et al.,

               Defendants.

OPINION AND ORDER

On October 9, 2019, the Court denied Plaintiff Curt Lowder's motion for preliminary injunction and granted him until November 4, 2019, to file a complaint and to resolve his filing fee status. (ECF 14.) The Court cautioned Mr. Lowder that if he did not respond by that deadline, this case would be dismissed without further notice. To date, Mr. Lowder has neither filed a complaint nor otherwise responded to the Court's October 9 order.

For these reasons, the Court DISMISSES this case.

SO ORDERED on March 26, 2020

s/ Robert L. Miller, Jr.
JUDGE
UNITED STATES DISTRICT COURT